AUSA:   Susan Fairchild          Telephone:  (313) 226-9577
AO 91 (Rev. 11/11)   Criminal Complaint          Agent:          Julio Coronado          Telephone:  (810) 989-5056

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Fernando ECHEGOYEN | Case: 2:25−mj−30770<br>Assigned To : Unassigned<br>Assign. Date : 12/19/2025<br>Description: RE: FERNANDO<br>ECHEGOYEN (EOB |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 19, 2025 _____ in the county of _____ Macomb _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Julio J. Coronado, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ December 19, 2025 _____

City and state: _ Detroit MI _

_____
*Judge's signature*

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

I, Julio J. Coronado, declare the following under penalty of perjury:

1.     I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol.  I have been employed in this capacity since June 11, 2007.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Fernando ECHEGOYEN, which attests to the following:

2.     The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.     Fernando ECHEGOYEN is a forty-four-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.     On or about January 4, 2006, ECHEGOYEN was arrested by the Brighton Police Department for "Misc Public Order" and "Motor Vehicle-Operate Without Security". These charges were both dismissed on January 11, 2006.

5.     On or about April 25, 2007, ECHEGOYEN was arrested by Immigration and Customs Enforcement (ICE) at or near Brighton, MI and was issued a Notice to Appear.

6.     On or about May 7, 2007, ECHEGOYEN was ordered removed by an Immigration Judge in Detroit, MI and was removed to Mexico through the Laredo, TX port of entry on May 19, 2007.

7.     On December 19, 2025, ECHEGOYEN was arrested by the U.S. Border Patrol in Lenox Township, MI after a consensual encounter with Macomb County Sheriff's Office. During the encounter, ECHEGOYEN readily admitted to entering the United States illegally and not having any type of permission to be in the United States legally.

8.     ECHEGOYEN was transported to the Marysville Border Patrol Station for further investigation and processing. After confirming that he had previously been ordered removed by an Immigration Judge in Detroit, MI, that prior order was reinstated.

9.     The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10.     Review of the alien file (A# xxx xxx 588) for ECHEGOYEN, and queries in U.S. Border Patrol computer databases confirm no record exists of ECHEGOYEN obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on May 19, 2007.

11.     Based on the above information, I believe there is probable cause to conclude that Fernando ECHEGOYEN, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

Julio J. Coronado, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

December 19, 2025